O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO,<br><br>          Plaintiff,<br>   vs.<br><br>LEE BACA, et al.,<br><br>          Defendants. | Case No. CV 09-7700 RSWL (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: October 24, 2011                    ____RONALD S.W. LEW____
                                                    HON. RONALD S.W. LEW
                                                    SENIOR U.S. DISTRICT COURT JUDGE