O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS GALINDO, | ) | Case No. CV 09-7700 RSWL (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| LEE BACA, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: October 24, 2011         \_\_\_\_\_RONALD S.W. LEW\_\_\_\_\_
                                HON. RONALD S.W. LEW
                                SENIOR U.S. DISTRICT COURT JUDGE