# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO,<br>　　　　Plaintiff,<br>　　vs.<br>LEE BACA, et al.,<br>　　　　Defendants.<br>_____ | Case No. CV 09-7700 RSWL (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, Petitioner's objections to the original Report and Recommendation, and the Final Report and Recommendation of the United States Magistrate Judge. After considering Petitioner's objections, the Court engaged in a de novo review of the Final Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: 1/16/14　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE