JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO, | ) Case No. CV 09-7700 RSWL (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| LEE BACA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: 1/16/14

RONALD S.W. LEW
HON. RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE